IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY WHITE,                                    ) | 1:06cv0560 DLB |
|                                                   ) | |
|                                                   ) | ORDER DISCHARGING ORDER |
|                                                   ) | TO SHOW CAUSE |
|                                                   ) | (Document 16) |
| Plaintiff,                      ) | |
|                                                   ) | |
| vs.                                               ) | |
|                                                   ) | |
| JO ANNE BARNHART, Commissioner,  ) | |
|                                                   ) | |
| Defendant.                      ) | |

On May 9, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On January 8, 2007, the Court issued an Order to Show Cause why the action should not be dismissed for Plaintiff's failure to file an opening brief pursuant to the terms of the May 12, 2006, Scheduling Order.

On January 23, 2007, Plaintiff filed her response to the Order to Show Cause. Plaintiff's counsel explains that she inadvertently failed to calendar the due date for the opening brief and did not become aware of the error until she received the Order to Show Cause. Counsel also indicates that her office confused this Court's procedures with those of other courts in which she practices.

1

1  Plaintiff filed her opening brief along with the response to the Order to Show Cause.

2  Accordingly, the January 8, 2007, Order to Show Cause is DISCHARGED.

3

4  IT IS SO ORDERED.

5     Dated:   **January 24, 2007**          **/s/ Dennis L. Beck**
  3b142a                                          UNITED STATES MAGISTRATE JUDGE

2